DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-01-00362-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS



ELDRIDGE MOAK, ADMINISTRATOR

OF THE ESTATE OF 

WALTER EARL BAILEY, ET. AL.,
§
 APPEAL FROM THE 369TH

APPELLANTS


V.
§
 JUDICIAL DISTRICT COURT OF


PALESTINE INDEPENDENT

SCHOOL DISTRICT, ET AL., §
 ANDERSON COUNTY, TEXAS

APPELLEES





MEMORANDUM OPINION (1)


 This appeal concerns a judgment against Appellants for delinquent ad valorem taxes against
a certain piece of real property located in Anderson County, Texas. Appellees have filed a motion
to dismiss, and all other parties to the appeal have been given notice of the filing of this motion. The
motion states that subsequent to the taking of the judgment at issue and after the filing of this appeal,
Appellees applied to the District Clerk for an order of sale, and the sheriff conducted a tax
foreclosure sale at which he sold the property that is the subject of the dispute between the parties. 
Therefore, Appellees contend that this appeal is moot and should be dismissed.

 When an appeal concerns a lien on a property or a claim to property, that appeal becomes
moot when a foreclosure occurs. Federal Deposit Ins. Corp. v. Nueces County, 886 S.W.2d 766,
767 (Tex. 1994). Because the tax foreclosure sale in this case rendered Appellants' appeal moot,
Appellees' motion is granted, and this appeal is dismissed.

Opinion delivered June 18, 2002.

Panel consisted of Worthen, J., and Griffith, J.

(DO NOT PUBLISH)
1. See Tex. R. App. P. 47.1.